# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EDWARD YARBROUGH, JUNIOR,<br>   Petitioner,<br> v.<br>DEBBIE ASUNCION (Warden),<br>   Respondent. | No. LA CV 17-02824-VBF-MRW<br>**FINAL JUDGMENT** |

**Final judgment is hereby entered in favor of respondent and against petitioner Edward Yarbrough, Junior.** IT IS SO ADJUDGED.

Dated: December 3, 2018

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge